**Order entered November 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01138-CR
No. 05-18-01176-CR
No. 05-18-01177-CR
No. 05-18-01178-CR
No. 05-18-01179-CR
No. 05-18-01180-CR

**JOSE ANTONIO JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F17-72146-S, F10-35577-S,
F13-34001-S, F14-33730-S, F14-33734-S & F14-33735-S

## ORDER

Before the Court is Official Court Reporter Lisa V. Jackson's second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order. Ms. Jackson is cautioned that further extensions will be disfavored.

/s/     LANA MYERS
        JUSTICE